FILED

01/08/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0259

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0259

_____

BETH CUMMINGS and
DENA BURNHAM JOHNSON,

      Plaintiffs and Appellants,

   v.

BOB KELLY, ERIC HINEBAUCH, JOE
MCKENNEY, RICK TRYON, and SUSAN
WOLFF, in their respective official capacities
as COMMISSIONERS OF THE CITY OF
GREAT FALLS; DAVID DENNIS, in his
official capacity as ATTORNEY FOR THE
CITY OF GREAT FALLS; and THE CITY
OF GREAT FALLS, a Political Subdivision
of the State of Montana,

      Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heather M. Perry, District Judge.

For the Court,

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 8 2025